UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA YEANTH HERNANDEZ, ) | Case No.: 1:15-cv-01011 - JLT |
| Plaintiff, ) ) | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) ) | |

     Plaintiff Kendra Yeanth Hernandez seeks judicial review of an administrative decision denying her claim for Social Security benefits. (Doc. 1.) Plaintiff filed a motion to proceed *in forma pauperis* with his complaint on July 5, 2015. (Doc. 2.)

     The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

     According to her application, Plaintiff is not employed, and has no income other than government aid and food stamps. (Doc. 2 at 1-2.) Plaintiff reports she does not possess real estate, stocks, bonds, securities, other financial instruments, an automobile, or other things of value. (*Id.* at 2.) Consequently, the Court is unable to determine how Plaintiff is supporting herself and her

children, or if Plaintiff is dependent upon another individual who would be able to pay the filing fee.

Accordingly, within 14 days of this order, Plaintiff is **ORDERED** to file an amended application that includes information on how Plaintiff is supporting herself. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**July 10, 2015**__                           __/s/ Jennifer L. Thurston__
                                                                             UNITED STATES MAGISTRATE JUDGE

2