UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA YEANTH HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01011- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME  TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 3) |

On July 10, 2015, the Court ordered Plaintiff to file an amended motion to proceed in forma pauperis, with further information on how Plaintiff is supporting herself.  (Doc. 3)  On August 3, 2015, Plaintiff's counsel, Melissa Newel, filed a request for an extension of time for Plaintiff to "complete the necessary documentation to amend her motion to proceed in forma pauperis."  (Doc. 4)  Ms. Newel reports she contacted Plaintiff but has not yet received the documents to be filed.  (*Id.*)

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an amended motion on or before **August 14, 2015**.

IT IS SO ORDERED.

Dated:   **August 6, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1