**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRA YEANTH HERNANDEZ, | ) Case No.: 1:15-cv-01011- JLT |
| Plaintiff, | ) ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On May 24, 2016, Plaintiff Kendra Hernandez and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  (Doc. 18)  Pursuant to the terms of the stipulation, the Court **ORDERS**:

1.     Plaintiff's social security appeal is **DISMISSED WITH PREJUDICE**; and

2.     The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **June 2, 2016**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1